UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LENKA PASTORNICKA,<br><br>        Plaintiff,<br><br>v.<br><br>TICOR TITLE INSURANCE CO.,<br>WACHOVIA FINANCIAL SERVICES INC.,<br>STEVEN WEAVER individually and d/b/a<br>ACAPULCO HOME LOANS and<br>ACAPULCO HOME LOANS,<br><br>        Defendants. | No.: 08 c 4480<br><br>Honorable Charles R. Norgle |

### DEFENDANT WACHOVIA FINANCIAL SERVICES INC.' MOTION TO DISMISS

Defendant Wachovia Mortgage, FSB, erroneously sued as Wachovia Financial Services Inc., by its attorneys, respectfully moves to dismiss Plaintiff's complaint. In support of its motion, Wachovia submits the attached memorandum of law.

DATED:   August 25, 2008

**REED SMITH LLP**

By   /s/ Gary S. Caplan
     One of Its Attorneys

Gary S. Caplan (# 6198263)
10 South Wacker Drive, 40th Floor
Chicago, Illinois  60606
(312) 207-1000
(312) 207-6400 (Fax)
gcaplan@reedsmith.com

*Attorneys for Defendant Wachovia*

2200244

## CERTIFICATE OF SERVICE

     I certify that on August 25, 2008, I electronically filed the foregoing **Motion to Dismiss** with the Clerk of the Court using the ECF system which will send notification of such filings to the following:

          Roger H Lee
          The Law Office of Roger H. Lee
          111 W. Washington Street
          Suite 1201
          Chicago, IL 60602


                        By  /s/ Gary S. Caplan