UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| LENKA PASTORNICKA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TICOR TITLE INSURANCE CO.,<br>WACHOVIA FINANCIAL SERVICES INC.,<br>STEVEN WEAVER individually and d/b/a<br>ACAPULCO HOME LOANS and<br>ACAPULCO HOME LOANS,<br><br>　　　　　Defendants. | No.: 08 c 4480<br><br>Honorable Charles R. Norgle |

## NOTICE OF MOTION

TO:　Roger H Lee
　　　The Law Office of Roger H. Lee
　　　111 W. Washington Street
　　　Suite 1201
　　　Chicago, IL 60602

PLEASE TAKE NOTICE that at 10:30 a.m. on Friday, August 29, 2008, we shall appear before United States District Judge Charles R. Norgle or any judge sitting in his stead in Courtroom 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendant Wachovia Financial Services, Inc.'s Motion to Dismiss.

Dated: August 25, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**Wachovia Financial Services, Inc.**
　　　　　　　　　　　　　　　　　　　*Defendant*

　　　　　　　　　　　　　　　　　　　By:　　/s/Gary S. Caplan
Gary S. Caplan (#6198263)　　　　　　　　One Of Its Attorneys
REED SMITH LLP.
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
gcaplan@reedsmith.com

2200240

Case 1:08-cv-04480    Document 6    Filed 08/25/2008    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed **Notice of Motion** with the Clerk of the Court using the ECF system, which will send notification of such filings to the following:

| *Attorneys for Plaintiff* | Roger H Lee<br>The Law Office of Roger H. Lee<br>111 W. Washington Street<br>Suite 1201<br>Chicago, IL 60602 |
|---|---|

By:   /s/Gary S. Caplan
One Of Its Attorneys

Gary S. Caplan (#6198263)
REED SMITH LLP.
10 South Wacker Drive, 40th Floor
Chicago, Illinois 60606
(312) 207-1000
gcaplan@reedsmith.com