**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LENKA PASTORNICKA, | ) | |
| | ) | 08 C 4480 |
| Plaintiff, | ) | |
| | ) | Honorable Charles R. Norgle Sr. |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR A STAY OF A RULING**
**ON THE PENDING MOTIONS TO DISMISS**

NOW COME, Plaintiff Lenka Pastornicka, ("Plaintiff"), by her counsel and motions this Honorable Court to enter an Order staying a ruling on Defendants' pending motions to dismiss.

In support of this Motion, Plaintiff states as follows:

1. On June 2, 2009, Defendant Wachovia Mortgage, FSB, ("Wachovia") filed its motion to dismiss Plaintiff's Second Amended Complaint, (Dkt. 92), which has been fully briefed.

2. On June 26, 2009, Ticor Title Insurance Company ("Ticor") filed its motion to dismiss Plaintiff's Second Amended Complaint, (Dkt. 112), which has been fully briefed.

3. On July 24, 2009, Defendants Old Republic Insurance Company and Old Republic Equity Credit Services, Inc., (collectively "Old Republic") filed their motion to dismiss Plaintiff's Second Amended Complaint, (Dkt. 142), which has been fully briefed.

4. The parties filed an agreed motion for a settlement conference before Magistrate Judge Cole.

5. In accommodating the parties' and the Court's schedule, a November 19, 2009, date was provided for the settlement conference. (Dkt. 163).

1

6. The parties are hopeful that the settlement conference will resolve all matters between the parties, and Defendants Cook and RLI, which will moot the pending motions to dismiss.

7. Wachovia, Ticor and Old Republic do not oppose this motion.

WHEREFORE, Plaintiff requests this Honorable Court stay a ruling on Defendants' pending motions to dismiss.

                                            Respectfully submitted,

                                            <u>s/ Curtis C. Warner</u>
                                              Curtis C. Warner

Curtis C. Warner    (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Roger H. Lee
The Law Offices of Roger H. Lee
111 W. Washington St., Suite 1201
Chicago, IL 60602
(312) 606-9528 (TEL)

*Counsel for Plaintiff*