IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENKA PASTORNICKA, | ) | |
| | ) | 08 C 4480 |
| Plaintiff, | ) | |
| | ) | Honorable Charles R. Norgle Sr. |
| v. | ) | |
| | ) | |
| WACHOVIA MORTGAGE, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Friday, September 25, 2009, at 10:30 a.m**., before the **Honorable Charles R. Norgle Sr.**, or any judge occupying his place and stead in **Room 2341** of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff shall present **Unopposed Motion for a Stay of a Ruling on the Pending Motions to Dismiss.**

                                                        Respectfully submitted,

                                                        s/ Curtis C. Warner
                                                          Curtis C. Warner

Curtis C. Warner    (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Roger H. Lee
The Law Offices of Roger H. Lee
111 W. Washington St., Suite 1201
Chicago, IL 60602
(312) 606-9528 (TEL)

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on **September 21, 2009**, I filed electronically Plaintiff's Motion above and notice thereof using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered:

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner      (6282197)
cwarner@warnerlawllc.com
Warner Law Firm, LLC
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Roger H. Lee
The Law Offices of Roger H. Lee
111 W. Washington St., Suite 1201
Chicago, IL 60602
(312) 606-9528 (TEL)

*Counsel for Plaintiff*