UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LENKA PASTORNICKA, | ) | |
| | ) | No. 08 C 4480 |
| Plaintiff, | ) | |
| | ) | Honorable Charles R. Norgle |
| -vs.- | ) | |
| | ) | Honorable Jeffrey Cole |
| WACHOVIA MORTGAGE, FSB, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TICOR TITLE INSURANCE COMPANY'S REPLY MEMORANDUM
IN SUPPORT OF MOTION TO ADJOURN SETTLEMENT CONFERENCE**

Now comes defendant Ticor Title Insurance Company ("Ticor"), by and through its undersigned attorney, and for its reply memorandum in support of its motion to adjourn the settlement conference set for January 12, 2010 in this matter (the "Motion"), states as follows.

Plaintiff's response to the Motion does not dispute the relevant material facts: (a) a tentative settlement agreement reached in August 2009 with an agreed monetary component (the "Tentative Agreement"); (b) a shared assumption that the settlement conference was intended to finalize the Tentative Agreement; and (c) a recent demand by plaintiff that more than doubles the monetary component of the Tentative Agreement. Instead of addressing the relevant facts, plaintiff accuses Ticor of bringing the motion merely to avoid sending a representative to Chicago. Plaintiff's accusation is without basis, is incorrect, and is easily disproven, because the *Motion will be withdrawn when plaintiff commits to resolving this matter pursuant to the Tentative Agreement*.

(After the preparation of the foregoing but before the filing of this reply, counsel learned that the Ticor representative responsible for this matter is hospitalized with an as yet undetermined ability to fly on January 12. In the event her attendance is impossible, it is anticipated that other arrangements can be made and proof of her condition will be submitted to the Court.)

WHEREFORE, defendant Ticor Title Insurance Company prays for the entry of an order adjourning the settlement conference set for January 12, 2010 in this matter and granting movant such other and additional relief as the Court may deem just and appropriate.

                                             Ticor Title Insurance Company

                                             By: */s/ James A. Larson*

                                             One of its Attorneys

James A. Larson (ARDC No. 6195947)
Larson & Associates, P.C.
230 W. Monroe - Suite 2220
Chicago, IL 60606
(312) 422-1900